# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY HESS, | |
| Plaintiff, | 4:15CV3149 |
| vs. | ORDER |
| THE STANDARD INSURANCE COMPANY, a Corporation; | |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED:

1) The parties shall further discuss the issue of Plaintiff's production of income tax returns and a signed authorization by Plaintiff for defense counsel to obtain copies of those returns.

2) If the dispute cannot be resolved without court intervention,

a. On or before May 4, 2016, the parties shall submit a joint summary, not to exceed ten double-spaced pages in length, which outlines the discovery requests that remain pending and the objections that are still being asserted.

b. A telephonic hearing on the motion to compel will be held before the undersigned magistrate judge <u>on the record</u> on May 6, 2016 at 10:00 a.m. For this hearing, the parties shall be prepared to discuss the merits of the outstanding discovery issues, as submitted in the parties' summary report(s), and whether sanctions should be imposed. The court will provide call-in information for participation in the hearing.

April 27, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge