# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| Gary Hess, | Court File No. 15-CV-3149 RFR-SMB |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS** |
| The Standard Insurance Company, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Gary Hess and Defendant The Standard Insurance Company, that the above-captioned action is dismissed with prejudice, and without an award of costs, disbursements, or attorneys' fees to any party.

Dated: January 10, 2017

**SIBBERNSEN, STRIGENZ & SIBBERNSEN, P.C.**

s/E. Terry Sibbernsen
E. Terry Sibbernsen
1111 North 102nd Court
Suite 330
Omaha, NE  68114
Telephone (402) 913-3039
terry@sibbandstrig.com

**ATTORNEYS FOR PLAINTIFF**

1413896.1

- 2 -

                                              **MESSERLI & KRAMER P.A.**

Dated: January 10, 2017        s/Terrance J. Wagener
                                                Terrance J. Wagener
                                                100 South Fifth Street
                                                Suite 1400
                                                Minneapolis, MN 55402
                                                Telephone (612) 672-3600
                                                twagener@messerlikramer.com

                                                **ATTORNEYS FOR DEFENDANT**

1413896.1